Exhibit #1

```
                        SENTENCE MONITORING           *    04-15-2022
                        COMPUTATION DATA              *    14:23:48
                        AS OF 04-15-2022

REGNO..: 20571-298 NAME: NETTLES, DANIEL




DATE COMPUTATION BEGAN..........: 11-15-2013
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............: 124 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:  10 YEARS     4 MONTHS
AGGREGATED TERM OF SUPERVISION..:   5 YEARS
EARLIEST DATE OF OFFENSE........: 06-23-2010

JAIL CREDIT.....................:      FROM DATE    THRU DATE
                                       11-10-2012   11-14-2013

INOPERATIVE TIME..........: REASON     FROM DATE    THRU DATE
                            ESCAPE     12-15-2020   03-24-2021

TOTAL PRIOR CREDIT TIME.........: 370
TOTAL INOPERATIVE TIME..........: 100
TOTAL GCT EARNED AND PROJECTED..: 84
TOTAL GCT EARNED................: 13
STATUTORY RELEASE DATE PROJECTED: 03-26-2023
ELDERLY OFFENDER TWO THIRDS DATE: 12-06-2019
EXPIRATION FULL TERM DATE.......: 06-18-2023
TIME SERVED.....................:       9 YEARS     1 MONTHS    27 DAYS
PERCENTAGE OF FULL TERM SERVED..: 88.6
PERCENT OF STATUTORY TERM SERVED: 90.6




G0002         MORE PAGES TO FOLLOW . . .
```

```
                     SENTENCE MONITORING          *    04-15-2022
                     COMPUTATION DATA             *    14:23:48
                     AS OF 04-15-2022

REGNO..: 20571-298 NAME: NETTLES, DANIEL


PROJECTED SATISFACTION DATE.....: 03-26-2023
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 06-27-17: DIS GCT P/CDK;09-19-17: DIS GCT/ P/DDW
                10.04.2019: GCT UPDATED PURSUANT TO FSA P/ALP
                03.09.21: COMP UPDATED TO REFLECT GCT/FFT TAKEN, INOP STATUS,
                AND ESCAPE ON 12.14.20 P/BNE 1-18-22:INOP, ADD CS REV.P/KXR
                I/M WAS MISTAKENLY RELEASED ON J&C4,PER OPS MNGR-INMATE WILL
                NOT BE PENALIZED FOR USM ERROR & COMPUTATION WILL END INOP
                TIME ON 03-24-21(ENTERED USM CUSTODY 03-25-21).  SRV OF 12-CR-
                04971 WILL RUN CS TO ORIGINAL TERM OF 12-CR-04971.




G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

Exhibit #2

Exhibit # 2

```
                    SENTENCE MONITORING              *    04-21-2022
                     GOOD TIME DATA                  *    11:52:04
                    AS OF   04-21-2022
```

REGNO...: 20571-298    NAME: NETTLES, DANIEL
ARS 1...: HER A-DES                                PLRA
COMPUTATION NUMBER..: 030                          PRT   ACT DT:
LAST UPDATED: DATE.: 02-10-2022           FACL..: DSC    CALC: AUTOMATIC
UNIT................: TAHOE               QUARTERS............: T04-405U
DATE COMP BEGINS....: 11-15-2013          COMP STATUS.........: COMPLETE
TOTAL JAIL CREDIT...: 370                 TOTAL INOP TIME.....: 100
CURRENT REL DT......: 06-05-2023 MON      EXPIRES FULL TERM DT: 06-18-2023
PROJ SATISFACT DT...: 03-26-2023 SUN      PROJ SATISF METHOD..: GCT REL
ACTUAL SATISFACT DT.:                     ACTUAL SATISF METHOD:
DAYS REMAINING......:                     FINAL PUBLC LAW DAYS:
GED PART STATUS.....:                     DEPORT ORDER DATED..:

---------------------------GOOD CONDUCT TIME AMOUNTS---------------------------

| START      | STOP       | MAX | POSSIBLE TO | ACTUAL | TOTALS | VESTED | VESTED |
| DATE       | DATE       | DIS | FFT         | DIS    | FFT    | AMOUNT | DATE   |
|------------|------------|-----|-------------|--------|--------|--------|--------|
| 11-10-2012 | 11-09-2013 | 54  | 54          |        |        |        |        |
| 11-10-2013 | 11-09-2014 | 54  | 108         |        |        |        |        |
| 11-10-2014 | 11-09-2015 | 54  | 162         |        |        |        |        |
| 11-10-2015 | 11-09-2016 | 54  | 216         |        |        |        |        |
| 11-10-2016 | 11-09-2017 | 54  | 229         | 41     |        |        |        |
| 11-10-2017 | 11-09-2018 | 54  | 283         |        |        |        |        |
| 11-10-2018 | 11-09-2019 | 54  | 337         |        |        |        |        |
| 11-10-2019 | 11-09-2020 | 54  | 391         |        | 391    |        |        |
| 11-10-2020 | 02-17-2022 | 54  | 13          | 41     |        |        |        |
| 02-18-2022 | 02-17-2023 | 54  |             |        |        |        |        |
| 02-18-2023 | 06-18-2023 | 17  |             |        |        |        |        |

```
    TOTAL EARNED AMOUNT.............................................:    13
    TOTAL EARNED AND PROJECTED AMOUNT...............................:    84
```

G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED

Exhibit #3

The Correctional Systems Department (CSD) consists of Mail Room, Receiving and Discharge (R&D), and the Records Office. Open House hours are from 11:00 a.m. to 12:00 p.m., Tuesday and Thursday, for the Camp and Wednesday and Friday for the FCI or you may submit an Inmate Request to Staff Member form through the institutional mail stating your specific request to CSD staff.

Outgoing general mail at this institution may not be sealed. You must use printed TRULINCS labels for your outgoing mail. You must place your full outgoing name, register number, and the institution's return address on all outgoing mail as follows, or it will be returned to you:

**Committed Name, Register Number**
**Federal Correctional Institution**
P.O. Box 800
Herlong, California 96113.

Legal Mail can be delivered to the Mail Room, Monday through Friday from 11:00 a.m. until 12:00 p.m., for FCI inmates. Inmates assigned to the Camp can hand-deliver their Legal Mail to their respective unit team. Inmates must have their identification card when delivering their Legal Mail and must present the Legal Mail to Unit Staff. A Statement for outgoing Legal or Special Mail. Legal mail and special correspondence must be clearly marked as such to avoid possible opening and censoring as "general mail." Mail is treated in accordance with the United States Postal Service Regulations, the Bureau of Prisons "Program Statement on Correspondence and the Mail Management Manual, which are on file in the law library.

Legal mail is defined as mail to inmates from a specific legal counsel attorney. This inmate mail will be forwarded to the Unit Staff and then will be opened and inspected (not read) in your presence. You will be required to present your identification card and sign for the legal mail upon receipt.

There is no mail delivery Saturday through Friday after the 4 p.m. count at the Unit Officer's station. On Saturdays, Sundays and federal holidays inmates assigned to the Camp may pick their mail and deposit it in the Grey mail box in the housing Unit unsealed and will be picked up daily for FCI inmates. Outgoing mail will be deposited in the Brown mail box at the Camp.

Soft cover materials (magazines and paperback books) publications must be sent from the publisher. Newspapers are allowed by subscription only. Inmates assigned to the Camp may receive hard cover publications directly from the publisher, a bookstore, or a book club.

Inmates may receive certain types of packages in the mail (Package Authorization forms are available from your Unit Team). Inmates are not required to have these packages pre-approved. These packages must be marked with words "Authorized by Bureau Policy." They are intended to alert mail room staff that enclosed materials contain matter, which does not require prior approval. These markings assist mailroom staff identifying and processing the material to avoid erroneous returns.

A package is defined as a bundle, usually small or medium sized, that is packed, padded, wrapped, or boxed. Additionally, an article weighing 16 ounces or more containing, other than paper material or excessive paper materials will be considered a package and will require approval.

Some packages are authorized under other BOP policies (i.e. magazines, special mail, paperback books, educational or legal materials) and you are not routinely censored, but it is screened for contraband according to the policy of the Bureau of Prisons. Incoming mail is opened, inspected and stapled/taped.

Officer may refuse hard cover publications directly from the publisher, a bookstore, or a book club. Soft cover materials (magazines and paperback books) publications must be sent from the publisher. Newspapers are allowed by subscription only. Inmates assigned to the Camp may receive publications from any source except for newspapers.

All postage requirements are your responsibility. Postage stamps must be purchased through Commissary and cannot be received through the mail.

If you transferred from another Federal Institution, the Correctional Systems Officer will either place you on call out or contact your supervisor for you to receive all authorized property after its arrival.

**Correspondence Between Confined Inmates**
Correspondence between confined inmates is permitted if the other inmate is either a member of your immediate family or a party in a current legal action (or a witness) in which both parties are involved and is stated in the presentence report (PSI). For more information, submit an Inmate Request to Staff seeking approval to correspond.

**Rejection of Correspondence**
The Warden may reject correspondence sent by or to an inmate if it is determined to be detrimental to the security, good order, or discipline of the institution, to the protection of the public, or if it might facilitate criminal activity. Examples include:

- Matter that is non-mailable under law or postal regulations.
- Information of escape plots, of plans to commit illegal activities, or to violate institution rules.
- Direction of an inmate's business (prohibited act 334). An inmate may not direct a business while confined. However, this does not prohibit correspondence necessary to enable an inmate to protect property or funds that were legitimately his at the time of his commitment. Thus, for example, an inmate may correspond about refinancing a mortgage for his home or sign insurance papers, however, the inmate may not operate (for example) a mortgage or insurance business while confined in the institution.

**Notification of Rejection**
The Warden will give written notice to the sender concerning the rejection of mail and the reasons for rejection. The sender of the rejected correspondence may appeal the rejection. The inmate will also be notified of the rejection of correspondence and the reasons for it. The inmate also has the right to appeal the rejection. The Warden will refer the appeal to a designated officer other than the one who originally disapproved the correspondence. Rejected correspondence ordinarily will be returned to the sender.

**Sentence Computation**
The Designation and Sentence Computation Center (DSCC), located in Grand Prairie, Texas, is responsible for the computation of inmate sentences. Any questions about Good Conduct Time, jail time credit, parole eligibility, full term dates, release dates, or periods of supervision, are resolved by staff upon inmate request for clarification from the Correctional Systems Department.

**Fines and Costs**
In addition to jail time, the court may impose a committed or non-committed fine and/or costs. Committed fine means that the inmate will stay in prison until the fine is paid, makes arrangements to pay the fine, or qualifies for release under the provisions of Title 18 USC, Section 3569 (paupers oath). Payment of a non-committed fine or cost is not required for release from prison or transfer to a Residential Reentry Center. Unpaid non-committed fines may require an agreement of payment while on supervised release. After an installment schedule is signed, the inmate may be released on his scheduled release date.

**Detainers**
Judgments/Warrants based on pending charges, overlapping, consecutive, or unsatisfied sentences in federal, state, or military jurisdictions, will be accepted as detainers. Federal and state detainers may be quickly processed under the procedures of the "Interstate Agreement on Detainers." This agreement applies to all detainers based on pending charges, which have been lodged against an inmate by a "member" state, including the U.S. Government, regardless of when the detainer was lodged. For an inmate to use this procedure, the felony warrant must be lodged with the institution. If no detainer is actually lodged at the institution, but the inmate knows of pending charges, it is important for the inmate to contact the court and district attorney because, in some states, the detainer notice may start the time running for a Speedy Trial Act agreement.

**Good Conduct Time (GCT)**
The following is applicable to inmates sentenced for an offense committed after November 1, 1987, but before September 13, 1994:
The Comprehensive Crime Control Act became law on November 1, 1987. The two most significant changes in the sentencing statutes deal with good conduct time and parole issues. There are no provisions under the new law for parole. The only good conduct time available will be fifty-four (54) days per year served good conduct time. This may not be awarded until the end of the year, and may be awarded in part or in whole, contingent upon behavior during the year. Once awarded, it is vested and may not be forfeited. There is no statutory good time or extra good time for people being sentenced for crimes committed after November 1, 1987.

The following is applicable to inmates sentenced for an offense committed on or after September 13, 1994, but before April 26, 1996:
Amendments to 18 U.S.C. 3 3624(b) under the provisions of the Violent Crime Control and Law Enforcement Act of 1994 (VCCLEA) create distinctions between violent and nonviolent offenders and inmates with have, or do not have, a high school diploma or equivalency. These distinctions can affect the awarding, disallowance, and forfeiture of good conduct time (GCT) and the aggregation of VCCLEA sentences with other federal sentences. Inmates may receive fifty-four (54) days of GCT credit for sentences of more than one year, other than a term of life when the inmate displays compliance with institutional disciplinary regulations. Credit for the last partial year is prorated. Inmates with an Education Development Information (EDI) assignment of GED UNSAT cannot vest GCT; both the GCT is available for forfeiture. Inmates will resume vesting when returned to a non-GED UNSAT status.

You may earn and vest up to 54 days of GCT at the end of each anniversary year provided disciplinary sanctions by the DHO are not imposed and you earn or are making satisfactory progress toward earning a high school diploma or equivalent degree. The following is applicable to inmates sentenced for an offense committed on or after April 26, 1996:

The Prison Litigation Reform Act of 1995 (P.L. 104-134) (PLRA) amended 18 U.S.C. 3 3624(b) to hold all inmates to an "exemplary compliance" standard for violations of institutional rules and regulations. The amendment requires educational progress toward earning a high school diploma or an equivalent degree in GCT credits. The PLRA specifies GCT will vest on the date the inmate is released from custody. This means that all earned GCT for the year(s) preceding the current or final partial year is available for forfeiture throughout service of the sentence. A PLRA inmate in a non-GED UNSAT status earns 54 days of GCT per year and 42 days per year while in a GED-UNSAT status.

**Legal Visits**
Attorneys should ordinarily make advance appointments for each visit Monday through Friday with the unit team. Attorneys are encouraged to visit